# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ANTONIO MARTINEZ ESQUIVEL,<br>Petitioner,<br>v.<br>WARDEN AT GOLDEN STATE ANNEX, et al.,<br>Respondents. | Case No. 1:26-cv-04778-KES-SAB-HC<br><br>FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS AND ORDER PETITIONER'S IMMEDIATE RELEASE |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## I.

## BACKGROUND

Petitioner is a citizen of Mexico who entered the United States on or about December 24, 2023, and was subsequently released into immigration proceedings after being processed by immigration authorities. (ECF No. 1 at 12.[1]) Petitioner continued appearing as instructed and pursued his pending asylum case. Petitioner obtained employment authorization and maintained lawful employment. Petitioner has no criminal history. (Id. at 13.) On May 13, 2026, Petitioner appeared for a scheduled U.S. Immigration and Customs Enforcement ("ICE") check-in appointment as instructed and was taken into custody. Petitioner remains detained at the Golden State Annex. (Id. at 14.)

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

On June 22, 2026, Petitioner filed a petition for writ of habeas corpus raising the following claims for relief: (1) Petitioner is detained under the wrong statutory authority; (2) violation of procedural due process; (3) violation of substantive due process; and (4) violation of the Administrative Procedure Act. (ECF No. 1 at 18–38.) On July 12, 2026, Respondents filed a response. (ECF No. 5.)

## II.

## DISCUSSION

The Court finds that issuance of findings and recommendation is appropriate despite the time for Petitioner to file a reply to Respondents' response having not yet expired.

"Respondents' position is that because Petitioner entered the United States illegally, he is an 'ap-plicant for admission' subject to mandatory immigration detention under 8 U.S.C. § 1225(b)." (ECF No. 5 at 1.) Such arguments have been rejected by this Court in numerous previous decisions. See, e.g., Clene C.D. v. Robbins, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12, 2026); R.A.N.O. v. Wofford, No. 1:25-cv-01535-KES-EPG (HC), 2026 WL 40507 (E.D. Cal. Jan. 6, 2026); Bilal A. v. Wofford, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); Elmer Joel M. C. v. Wofford, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); Omer G. G. v. Kaiser, No. 1:25-cv-01471-KES-SAB (HC), 2025 WL 3254999 (E.D. Cal. Nov. 22, 2025); W.V.S.M. v. Wofford, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025).

As Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions set forth above, the Court recommends granting the petition for writ of habeas corpus for the reasons addressed in those prior orders.[2]

## III.

## RECOMMENDATION

Based on the foregoing, the Court HEREBY RECOMMENDS that:

1. The petition for writ of habeas corpus be GRANTED on Counts I and II.

[2] In light of this conclusion, the Court declines to address Counts III and IV.

2. Respondents be directed to release Petitioner immediately.

3. Respondents be enjoined and restrained from re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge